■ In the Matter of BRANDON B., an Infant. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHRISTINA B., Appellant. [769 NYS2d 771]—Appeal from an order of Family Court, Steuben County (Furfure, J.), entered August 5, 2002, which upon a finding of neglect placed the child under the supervision of petitioner in the joint legal custody of respondent and the child's maternal aunt.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court, Steuben County, Furfure, J. Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Hayes, JJ.

■ In the Matter of CHERIE L. RHYNES, Appellant, v MICHAEL RHYNES, Respondent. [769 NYS2d 771]—Appeal from an order of Family Court, Livingston County (Alonzo, J.), entered September 10, 2002, which dismissed the petition seeking to modify an order of visitation by terminating visitation between respondent and his son.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Livingston County, Alonzo, J. Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Hayes, JJ.